1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:    510-763-2324
4  Fax:    510-273-8570

5  Attorneys For Defendants
   COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN,
6  and DAVID L. COCHRAN

7

8                       UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

10 PAUL McCLENDON,                              ) Case No.: C10-01980 SBA
                                                )
11         Plaintiff,                           ) **STIPULATION & ORDER EXTENDING**
                                                ) **TIME TO COMPLETE ADR**
12 vs.                                          ) **SETTLEMENT CONFERENCE**
                                                )
13 COUNTY OF ALAMEDA, a governmental            )
   entity; GREGORY J. AHERN, in his capacity    )
14 as Sheriff for COUNTY OF ALAMEDA;            )
   DAVID L. COCHRAN, individually, and in      )
15 his capacity as a deputy sheriff for COUNTY  )
   OF ALAMEDA; and DOES 1-25, inclusive,        )
16                                              )
           Defendants.                          )
17 _____        )

18         This case was scheduled for a settlement conference with Chief Magistrate Judge Maria-

19 Elena James on January 5, 2011. Due to Judge James' health, the settlement conference was

20 taken off calendar and the case re-assigned to Magistrate Judge Larson, who scheduled the

21 settlement conference to take place on February 11, 2011. On January 10, 2011 the Court issued

22 a new Order re-assigning the settlement conference to Magistrate Judge Donna Ryu and ordered

23 the ADR/settlement conference to be completed within 90 days or by April 10, 2011.

24         With the assignment of the case to Judge Ryu and the additional passage of time, the

25 parties have not been able to agree on a date in the next 60 days that is available on Judge Ryu's

26 calendar, both plaintiff and defense counsel's calendar (defense counsel Clyde Thompson is

27 scheduled to start jury trials in Sonoma Superior Court beginning 3/18/2011 and 4/8/2011; both

28 cases have previous trial calls) and the calendars of the risk management and client

1

*McClendon v. County of Alameda, et al./*Case #C10-01980 SBA
Stipulation & [Proposed] Order Extending Time for Settlement Conference

1 representatives that have settlement authority and are required to attend the settlement
2 conference.

3     Counsel for plaintiff and defendants have conferred on numerous occasions as well as
4 with Ms. Ivy Garcia Judge Ryu's Calendar Clerk and Courtroom Deputy in an effort to select a
5 mutually acceptable settlement conference date for all concerned. Given the trial calendars of
6 counsel and the crowded calendars of the Court and the defendants' risk management/decision-
7 makers, the parties submit this Stipulation and proposed Order to extend the deadline to
8 complete ADR until May 31, 2011.

9     The Parties have been cooperating while completing discovery.

10     The next Case Management Conference is now set for April 21, 2011. The parties
11 request the Court re-set this Case Management Conference until after the settlement conference
12 as it will likely be a more productive use of the Court's time.

13     IT IS SO STIPULATED.

14 Dated: February 14, 2011.    LAW OFFICES OF GAYLA B. LIBET

15

16     By:  */s/ Gayla B. Libet
        Gayla B. Libet
17         Attorneys For Plaintiff
        *Ms. Libet provided her consent that this
18         document be electronically filed.

19 Dated: February 14, 2011.    HAAPALA, THOMPSON & ABERN, LLP

20

21     By:  /s/ Clyde A. Thompson
        Clyde A. Thompson
22         Attorneys For Defendants
        COUNTY OF ALAMEDA and
23         SHERIFF GREGORY J. AHERN

24 /
25 /
26 /
27 /
28 /

*McClendon v. County of Alameda, et al./*Case #C10-01980 SBA
Stipulation & [Proposed] Order Extending Time for Settlement Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS ORDERED that the parties time to complete ADR/settlement conference is extended and shall be completed by May 31, 2011.

IT IS FURTHER ORDERED that the Case Management Conference currently scheduled on April 21, 2011, is continued to June 2, 2011 at 3:15 p.m.

Dated:  February  18 , 2011

_____
Honorable Sandra Brown Armstrong
United States District Court Judge

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570

3
*McClendon v. County of Alameda, et al./*Case #C10-01980 SBA
Stipulation & [Proposed] Order Extending Time for Settlement Conference