1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:    510-763-2324
4  Fax:    510-273-8570

5  Attorneys For Defendants
   COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN,
6  and DAVID L. COCHRAN

7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

10 PAUL McCLENDON,                                ) Case No.:  C-10-01980 SBA (DMR)
                                                  )
11          Plaintiff,                            ) **ORDER GRANTING DEFENDANTS'**
                                                  ) **REQUEST TO BE EXCUSED FROM**
12     vs.                                        ) **APPEARING IN PERSON OR BY**
                                                  ) **TELEPHONE AT MAY 16, 2011**
13 COUNTY OF ALAMEDA, a governmental              ) **SETTLEMENT CONFERENCE**
   entity; GREGORY J. AHERN, in his capacity      )
14 as Sheriff for COUNTY OF ALAMEDA;              )
   DAVID L. COCHRAN, individually, and in         )
15 his capacity as a deputy sheriff for COUNTY    )
   OF ALAMEDA; and DOES 1-25, inclusive,          )
16                                                )
            Defendants.                           )
17 _____)

18         Defendants SHERIFF GREGORY AHERN and DEPUTY DAVID COCHRAN have

19 requested to be excused from personally attending the May 16, 2011 settlement conference, or

20 from being available by telephone for the duration of the settlement conference.

21         Attending in their place will be a representative of Alameda County, who has full

22 authorization to settle the case.

23         Good cause appearing, and Plaintiff being agreeable to the request,

24         The request by defendants SHERIFF GREGORY AHERN and DEPUTY DAVID

25 COCHRAN to be excused from the conference is hereby GRANTED.

26 Dated:  5/6/2011

27                                              _____
                                                DONNA M. RYU, United States Magistrate Judge
28

1

*McClendon v. County of Alameda, et al./*Case #C10-01980 SBA (DMR)
[Proposed] Order Granting Defendants' Request To Be Excused From Appearing In Person
Or By Telephone At May 16, 2011 Settlement Conference