UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MCCLENDON, | ) | No. C10-01980 SBA |
|     Plaintiff, | ) | |
| | ) | <u>ORDER DISMISSING ACTION</u> |
| vs. | ) | |
| | ) | |
| COUNTY OF ALAMEDA ET AL, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| | ) | |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

IT IS SO ORDERED.

DATED: 5/19/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge